IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50157
Conference Calendar
_____


BENNIE FINISTER,

                                        Plaintiff-Appellant,


versus

T. STANDRIDGE; W. HOPKINS,

                                        Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-96-CV-7
- - - - - - - - - -
August 20, 1996
Before KING, DUHÉ, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

    Bennie Finister, #649506, appeals from the district court's
denial of his motion for a preliminary injunction.  He requested
that he be transferred from the Hughes Unit of the Texas
Department of Criminal Justice (TDCJ) to another TDCJ unit.
Finister has informed this court that he has been transferred
from the Hughes Unit to the Michaels Unit of the TDCJ.
Finister's appeal, therefore, is moot and is DISMISSED.

_____

    [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

Finister's motion for the appointment of counsel on appeal is DENIED as moot.

DISMISSED; MOTION DENIED.